**Derwin JONES, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28456.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., Charles Davis Cabaniss, George P. Blackburn, Asst. Criminal Dist. Attys., Dallas, and Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for driving while intoxicated; the punishment, three days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.